IN THE CIRCUIT COURT OF THE
TWELFTH JUDICIAL CIRCUIT
IN AND FOR MANATEE COUNTY, FLORIDA
CIVIL DIVISION

Case No.:

JAMES ANASTASIA and
ANNE ANASTASIA,
individuals,
Plaintiffs,

v.

THOR MOTOR COACH, INC.,
a foreign corporation,
Defendant.
______________________________/

## COMPLAINT AND JURY DEMAND

The Plaintiffs, JAMES ANASTASIA and ANNE ANASTASIA, (hereinafter "Plaintiffs"), by and through the undersigned counsel, files this Complaint and sues the Defendant, THOR MOTOR COACH, LLC (hereinafter "Manufacturer"), for violations of the Magnuson Moss Warranty Act, 15 U.S.C. 2301 et al. (hereinafter "MMWA"), for defects associated with a 2014 Thor Hurricane 34J, VIN: 1F66F5DYXDOA06127 (hereinafter "vehicle" or "recreational vehicle") which was purchased from Dream RV of Bradenton, Florida (hereinafter "Dealer") on or about July 21, 2013, and warranted by Manufacturer.

## STATEMENT OF JURISDICTION

1. The amount in controversy **DOES** exceed FIFTEEN THOUSAND DOLLARS ($15,000.00), exclusive of interest and costs.

2. Plaintiffs are individuals and residents of Manatee County, Florida.

3.   Defendant Manufacturer is a foreign corporation authorized to conduct business in the State of Florida, and at all times material hereto was engaged in the regular practice of warranting and servicing recreational vehicles in Manatee County, Florida.

## FACTS

4.   On or about January 23, 2013, Plaintiffs purchased the vehicle from Dealer at the Tampa RV Supershow for a total sales price of **$128,697.00**. See Exhibit 'A', attached hereto.

5.   Along with the purchase of the vehicle, Plaintiffs received an express warranty from Manufacturer. See Exhibit 'B', attached hereto.

6.   Specifically the relevant terms of the warranty were as follows:

   (a) Manufacturer's 12 month basic warranty and 24 month/24000 mile structure warranty covered the vehicle;

   (b) Manufacturer promised in the express warranty that Manufacturer would repair and/or replace any covered defect within the specified time frame above, through its own authorized servicing agents as defined in the express warranty.

7.   Plaintiffs have taken the vehicle to authorized servicing agents for Manufacturer, pursuant to the warranty, a combined total of at least nine (9) times for repairs of defects and/or defective parts which are covered under the express warranty. See Composite Exhibit 'C', attached hereto.

8.   A summary of said repairs is as follows:

| DATE | DAYS | MILE | RO# | COMPLAINT |
|---|---|---|---|---|
| 7/29/13 | ? | ? | none | **Leak:** Leaking plumbing under slide out<br><br>**Slide out:** readjusted due to uneven retraction.<br><br>**Hydraulics:** Hydaulic jacks eadjusted.<br><br>**Curtains:** Right curtain missing.<br><br>**Fridge:** Fridge gas valve not turned on—gas didn't work. Secured outside fridge cover which fell off while driving on the first day of ownership. Fixed outside fridge door—wouldn't stay closed.<br><br>**Leak:** Leak new front of Fantastic Fan (caused by consensation).<br><br>**Doors:** Adjusted latches on entry screen door. Re-hanged bedroom pocket door.<br><br>**Shower:** Shower frame detached from wall.<br><br>**Radio/Camera System:** Fixed blankscreen o n radio/camera system.<br><br>**Misc.:** Fixed Break buddy issues, installed ear mud flap, installed sani-flush system. |
| 7/31/13 | ? | ? | none | **Slide Out:** Slide radjusted again due to uneven retraction and water leaking into main cabin after rain. |

| | | | | |
|---|---|---|---|---|
| | | | | **Hydraulics:** Hydraulic brakes readjusted. |
| 8/10/13 | ? | ? | OBX | **Awning:** Electric awning will not roll up. (disconnected plug, hard wired to battery. Found faulty motor rolled up manually and secured). |
| 9/16/13 | 28 | ? | none | **Awning:** Replaced defective awning motor (Recall). |
| | | | | **Mud Flap:** repaired mud flap which was damaged by generator exhaust. |
| 12/24/13 | ? | ? | none | **Slide Out:** Adjusted slide out again as leak from slide out and uneven retraction caused water damage to couch. |
| | | | | **Leak:** Fixed leak in shower and replaced fafulty faucet. |
| | | | | **Couch:** Water damaged couch replaced. |
| 4/21/14 | ? | ? | ? | **Leaks:** Replaced leaking outside faucet and kitchen faucet. |
| | | | | **Windshield Wipers:** Repaired faulty windshield wipers. |
| | | | | **Camera System:** Repaired faulty camera system. |
| | | | | **Battery Drain:** Checked batteries as thereis a power drain while dry camping—batteries found dto be ok—no problems found. |
| | | | | **Slide out:** Readjusted slide out due to leaks and uneven retraction. |

| | | | | |
|---|---|---|---|---|
| 4/24/14 | ? | ? | none | **Windshield Wipers:** replaced complete windshield wiper mechanism.<br><br>**Camera System:** Repaired faulty camera system again. |
| 7/20/14 | ? | ? | none | **Slide Out:** *Slide out would not retract and was eventually serviced by a mobile service company. Not reimbursed as indicated when Plaintiffs contacted Thor's customer service line. |
| 9/23/14 | 26 | 8263 | 141743 | **Slide Out:** Cust states: slide out control box indicates that thereis a short circuit in the number 2 motor. (Cause: Ran room in & out = no codes showing; front track not flat against wall & floor. Metal shavings at front & rear inside at tracks; 1 front upper tack has moved & screws are missing.<br><br>**Floor:** Cust states: Flooring damaged by faulty slide out (When extended) flooring by the range.<br><br>**Wood Paneling:** Cust states: wood paneling damaged when slide was repaired at another dealership.<br><br>**Leak:** Cust states: Leak from slide while driving in rain.<br><br>**Curtains:** Cust states: Curtains need to be replaced (received by Mike Rink)—in motorhome.<br><br>**Battery Drain:** Cust states power drain on house batteries |

determined by another dealer to be between 5 and 2.5 amps. (They could not find the source).

9.    Manufacturer had notice of the vehicle's unrepaired defects directly through Plaintiffs, Dealer, and its authorized servicing agents under the warranty.

10.    Despite at least nine (9) repair attempts, the recreational vehicle remains defective and unrepaired including defects to the slide out, non-functioning windshield wipers, and a battery drain which prevents dry camping and prevents the Plaintiffs from using necessary medical equipment while using the vehicle.

11.    The vehicle's unrepaired defects significantly impair the vehicle's use, value, and safety.

12.    Manufacturer's inability or refusal to perform warranty repairs, despite that the recreational vehicle was defective, is in derogation of Manufacturer's obligation to Plaintiffs under the express warranty.

13.    As a result, Plaintiffs' vehicle remains defective and unrepaired.

## COUNT I
## BREACH OF EXPRESS WARRANTY UNDER MMWA, 15 U.S.C. 2310(d)(1)

14.    Plaintiffs incorporate and adopt paragraphs 1 to 13 as though fully set forth herein.

15.    Plaintiffs are "consumer[s]" as defined in the MMWA, 15 U.S.C. 2301(3).

16.    The recreational vehicle is a "consumer product" as defined in the MMWA, 15 U.S.C. 2301(1).

17.    The vehicle was manufactured and purchased after July 4, 1975.

18.   The express written warranty is a "written warranty" as defined in the MMWA, 15 U.S.C. 2301(6).

19.   Manufacturer is a "supplier" and "warrantor" as defined in the MMWA, 15 U.S.C. 2301(4), (5).

20.   The vehicle's failures, including the defective slide out, are the direct result of one or more defects in manufacturing workmanship or materials.

21.   The vehicle's defects could not reasonably have been discovered by Plaintiffs prior to Plaintiffs' purchase of the vehicle.

22.   Plaintiffs have provided Manufacturer with notice and reasonable opportunity to cure the vehicle's defects.

23.   The express written warranty was part of the basis of the bargain of the contract, upon which Plaintiffs relied, for the purchase of the recreational vehicle.

24.   The vehicle has not been properly repaired under such express warranty and continues to be in a defective condition through no fault of Plaintiffs.

25.   Manufacturer's failure or refusal to adequately repair the above-described defects is a breach of the express warranty.

26.   The express warranty has failed of its essential purpose.

27.   Plaintiffs have been damaged as a result of Manufacturer's failure to comply with the express warranty.

28.   All conditions precedent prior to bringing this action have occurred, have been performed, or have been waived.

WHEREFORE, Plaintiffs pray that judgment be entered against Manufacturer:

A. For the difference in value of the vehicle as promised and as actually delivered;

B. For special circumstantial damages in a proximate amount to be determined at or before trial;

C. For actual, incidental, and consequential damages;

D. For costs, interest and actual attorneys' fees pursuant to 15 U.S.C. 2310(d)(2); and

E. For such other relief this Court deems appropriate.

**COUNT II**
**VIOLATION OF MOTOR VEHICLE WARRANTY ENFORCEMENT ACT**

29. Plaintiffs incorporate and adopt paragraphs 1 to 13 as though fully set forth herein.

30. On December 11, 2014, Plaintiffs and Defendant participated in a mediation administered by the Consumer Arbitration Program RV ("CAP-RV") that resulted in an impasse.

31. On December 12, 2014, CAP-RV refused to schedule arbitration and ejected the Plaintiffs' claim from further participation in the CAP-RV arbitration program. See Exhibit 'D', attached hereto.

32. Due to the rejection, the Lemon Law Arbitration hearing in this matter did not take place.

33. Had the Plaintiffs been permitted to attend a Lemon Law Arbitration hearing, Plaintiffs were prepared to present sufficient evidence that the subject vehicle was defective and/or that the alleged defects constituted a substantial impairment to the use, value, or safety of the vehicle.

34. Plaintiffs are "consumers" as defined by 681.102(14) Fla.Stat.

35. Defendant is a "manufacturer" as defined by 681.102(14) Fla.Stat.

36.  The recreational vehicle is a "motor vehicle" as defined by 681.102(15) Fla.Stat.

37.  The defects listed above are not "living quarters" and are covered under the Motor Vehicle Warranty Enforcement Act.

38.  Defendant has been given a reasonable number of attempts to conform the vehicle to its express warranties.

39.  Defendant received prior direct written notification of the above-mentioned defects on behalf of Plaintiffs on August 4, 2014.  See Exhibit 'E', attached hereto.

40.  Defendant is unable to conform the vehicle to any of its applicable express warranties.

41.  As a result of said nonconformities, Plaintiffs have suffered and continue to suffer various damages.

42.  All conditions precedent prior to bringing this action have occurred, have been performed, or have been waived.

WHEREFORE, Plaintiffs pray that judgment be entered against Manufacturer:

A.  For a repurchase pursuant to Fla. Stat §681.104;

B.  For pecuniary damages pursuant to Fla. Stat. §681.112;

C.  For costs, interest and actual attorneys' fees pursuant to Fla. Stat. §681.112; and

D.  For such other relief this Court deems appropriate.

## JURY TRIAL DEMAND

43. Plaintiffs hereby demand trial by jury.

DATED: 1/22/15

Respectfully submitted,

The Law Office of Patrick J. Cremeens, P.L.

/s/ Patrick J. Cremeens

Patrick J. Cremeens, Esq.
Fla. Bar No. 0025848
Jeanne M. Cremeens, Esq.
Fla. Bar No. 0026007
4707 W. Gandy Boulevard, Suite 8
Tampa, Florida 33611
Phone (813) 839-2000 / Fax (813) 839-3500
Primary e-mail: admin@cremeenslaw.com
Attorneys for Plaintiffs, James and Anne Anastasia

# EXHIBIT "A"



DREAM RV

# PURCHASE CONTRACT

**Bradenton:**
[illegible]

**Ft. Myers:**
[illegible]

PURCHASER'S NAME: ANNE [illegible] ANASTASIO, DR. JAMES JOSEPH ANASTASIA (Print or Type)

DATE: July 21, 20 13

| YEAR | MAKE | MODEL OR SERIES | BODY TYPE | COLOR | SIZE | ODOMETER |
|---|---|---|---|---|---|---|
| [illegible] | HURRICANE | 34J | MH | BEIGH | 34 | [illegible] |

VIN: [illegible]

STOCK NO.: 32707

TO BE DELIVERED ON OR ABOUT: Jul. 21, 2013

PURCHASER DL #: [illegible]

CO-PURCHASER DL #: [illegible]

USED COACHES: ONLY LIFE SUSTAINING FUNCTIONS ARE GUARANTEED TO WORK AT TIME OF DELIVERY SIGNED:

NEW: The vehicle carries a manufacturer's warranty
Signed: *Anne W. Anastasia*

USED: This vehicle sold "As Is". No express or implied warranty, including any implied warranties of merchantability or fitness, or verbal agreement or representation will be binding.
Signed: ____

LESS BALANCE OWING TO: ____

| | |
|---|---|
| TOTAL | [illegible] |
| GROSS TRADE ALLOWANCE | [illegible] |
| CASH DIFFERENCE | [illegible] |
| DEALER FEE* | [illegible] |
| TIRE FEE $1.00 | [illegible] |
| BATTERY FEE $1.50 | [illegible] |
| SUBTOTAL | [illegible] |
| SALES TAX N/A % | [illegible] |
| CO. TAX N/A % | [illegible] |
| ESTIMATED NEW M.H. [illegible] | [illegible] |
| ESTIMATED TRANSFER * 1,5700.00 | N/A |
| APPROXIMATE TRADE PAY OFF | [illegible] |
| TOTAL CASH BALANCE DUE | [illegible] |
| PARTIAL PAYMENT CSH CC CK # | 2500.00 |
| UNPAID BALANCE | [illegible] |
| CASH DUE ON DELIVERY | [illegible] |
| BALANCE DUE/FINANCE | [illegible] |

TRADE 1: YEAR 2012 MAKE ROCKWOOD [illegible] 831193 SIZE 31
VIN [illegible] ODOMETER ____

TRADE 2: YEAR ____ MAKE ____ MODEL ____ SIZE ____
VIN ____ ODOMETER ____

**CASHIERS CHECK ONLY UPON DELIVERY** INITIAL ____

*THIS CHARGE REPRESENTS COSTS AND PROFIT TO THE DEALER FOR ITEMS SUCH AS INSPECTING, CLEANING, AND ADJUSTING VEHICLES AND PREPARING DOCUMENTS RELATED TO THE SALE. ALL WARRANTIES, IF ANY, BY ANY MANUFACTURER OR SUPPLIER ARE THEIRS AND NOT DREAM RV. ONLY SUCH MANUFACTURER OR OTHER SUPPLIER SHALL BE LIABLE FOR PERFORMANCE UNDER SUCH WARRANTIES EXCEPT AS MAY BE REQUIRED BY LAW. DREAM RV HEREBY DISCLAIMS ALL WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE ON ALL GOODS AND SERVICES BY DREAM RV, EXCEPT AS MAY BE OTHERWISE REQUIRED BY LAW OR AS OTHERWISE PROVIDED IN THIS PURCHASE CONTRACT. [illegible] THE BUYER HAS RECEIVED A COPY OF THIS ORDER AND THE BUYER HAS READ, UNDERSTOOD AND AGREES WITH THE TERMS AND CONDITIONS OF THIS AGREEMENT.

PURCHASER: *Anne W. Anastasia*

SALESMAN: [illegible]

CO-PURCHASER: [signature]

APPROVED: [illegible]

ADDRESS: [illegible]

CITY: WILMINGTON STATE: DE ZIP: [illegible]

COUNTY: NEW CASTLE

THIS CONTRACT IS NOT VALID UNLESS SIGNED AND ACCEPTED ABOVE BY AN AUTHORIZED REPRESENTATIVE

| RETAIL INSTALLMENT CONTRACT AND SECURITY AGREEMENT | Seller | Buyer |
|---|---|---|
| No.<br>Date<br>Buyer's month of birth | "We" and "us" mean the Seller above, its successors and assigns. | "You" and "your" mean each Buyer above, and guarantor, jointly and individually. |

**SALE:** You agree to purchase from us, on a time basis, subject to the terms and conditions of this contract and security agreement (Contract), the Motor Vehicle (Vehicle) and services described below. The Vehicle is sold in its present condition, together with the usual accessories and attachments.

Description of Motor Vehicle Purchased — Year / Make / Model — VIN / Lic. No./Year — ☐ New ☐ Used — Other:

Description of Trade-In

**SECURITY:** To secure your payment and performance under the terms of this Contract, you give us a security interest in the Vehicle, all accessions, attachments, accessories, and equipment placed in or on the Vehicle, together called Property, and proceeds of the Property. You also assign to us and give us a security interest in proceeds and premium refunds of any insurance and service contracts purchased with this Contract.

**PROMISE TO PAY AND PAYMENT TERMS:** You promise to pay us the principal amount of $ ______, plus finance charges accruing on the unpaid balance at the rate of ______% per year from today's date until paid in full. Finance charges accrue on a ______ day basis. You agree to pay this Contract according to the payment schedule and late charge provisions shown in the TRUTH IN LENDING DISCLOSURES. You also agree to pay any additional amounts according to the terms and conditions of this Contract.

☐ **LOAN PROCESSING FEE:** You agree to pay a non-refundable loan processing fee of $ ______ that will be ☐ paid in cash. ☐ added to the Cash Price.

☐ **MINIMUM FINANCE CHARGE:** You agree to pay a minimum finance charge of $ ______ if you pay this Contract in full before we have earned that much in finance charges.

☐ **PRE-DELIVERY SERVICE FEE:** You agree to pay a nonrefundable pre-delivery service fee of $ ______ that will be ☐ paid in cash. ☐ included in the Cash Price. This charge represents costs and profit to the dealer for items such as inspecting, cleaning, and adjusting the vehicles, and preparing documents related to the sale.

**DOWN PAYMENT:** You also agree to pay, or apply to the Cash Price, on or before today's date, any cash, rebate and net trade-in value described in the ITEMIZATION OF AMOUNT FINANCED. ☐ You agree to make deferred payments as part of the cash down payment as reflected in your Payment Schedule.

## TRUTH IN LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate. | FINANCE CHARGE The dollar amount the credit will cost you. | AMOUNT FINANCED The amount of credit provided to you or on your behalf. | TOTAL OF PAYMENTS The amount you will have paid when you have made all scheduled payments. | TOTAL SALE PRICE The total cost of your purchase on credit, including your down payment of $ ______ |
|---|---|---|---|---|
| % | $ | $ | $ | $ |

**Payment Schedule:** Your payment schedule will be

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| | | |

**Security:** You are giving a security interest in the Motor Vehicle purchased.

☐ **Late Charge:** If a payment is more than ______ days late, you will be charged ______

**Prepayment:** If you pay off this Contract early, you may have to pay a penalty.
**Contract Provisions:** You can see the terms of this Contract for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

**CREDIT INSURANCE:** Credit life, credit disability (accident and health), and any other insurance coverage quoted below, are not required to obtain credit and we will not provide them unless you sign and agree to pay the additional premium. If you want such insurance, we will obtain it for you (if you qualify for coverage). We are quoting below ONLY the coverages you have chosen to purchase.

Credit Life: Insured ______
☐ Single ☐ Joint Prem. $______ Term ______

Credit Disability: Insured ______
☐ Single ☐ Joint Prem. $______ Term ______

Your signature below means you want (only) the insurance coverage(s) quoted above. If none are quoted, you have declined any coverages we

## ITEMIZATION OF AMOUNT FINANCED

Vehicle Price (incl. sales tax of $ ______) $ ______
Service Contract; Paid to: ______ $ ______
Pre-delivery service fee $ ______
Cash Price $ ______
Manufacturer's Rebate $ ______
Cash Down Payment $ ______
Deferred Down Payment $ ______
a. Total Cash/Rebate Down $ ______
b. Trade-In Allowance $ ______
c. Less: Amount owing $ ______
Paid to: ______
d. Net Trade-In (b. minus c.) $ ______

a yearly rate. %  $  $  $

**Payment Schedule:** Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| | | |

**Security:** You are giving a security interest in the Motor Vehicle purchased.

☐ **Late Charge:** If a payment is more than ______ days late, you will be charged ______

**Prepayment:** If you pay off this Contract early, you may have to pay a penalty.
**Contract Provisions:** You can see the terms of this Contract for any additional information about nonpayment, default, any required repayment before the scheduled date and prepayment refunds and penalties.

**CREDIT INSURANCE:** Credit life, credit disability (accident and health), and any other insurance coverage quoted below are not required to obtain credit and we will not provide them unless you sign and agree to pay the additional premium. If you want such insurance, we will obtain it for you (if you qualify for coverage). We are quoting below ONLY the coverages you have chosen to purchase.

**Credit Life:** Insured ______
☐ Single ☐ Joint Prem. $______ Term ______

**Credit Disability:** Insured ______
☐ Single ☐ Joint Prem. $______ Term ______

Your signature below means you want (only) the insurance coverage(s) quoted above. If none are quoted, you have declined any coverages we offered.

______ Buyer d/o/b ______ Buyer d/o/b

**PROPERTY INSURANCE:** You must insure the Property securing this Contract. You may purchase or provide the insurance through any insurance company reasonably acceptable to us. The collision coverage deductible may not exceed $ ______ . If you get insurance from or through us you will pay $ ______ for ______ of coverage.

This premium is calculated as follows:

☐ $ ______ Deductible, Collision Coverage $ ______
☐ $ ______ Deductible, Comprehensive Cov. $ ______
☐ Fire-Theft and Combined Additional Coverage $ ______
☐ ______ $ ______

**BODILY INJURY OR PROPERTY DAMAGE LIABILITY NOT INCLUDED UNLESS CHECKED AND INDICATED.**

☐ **SINGLE-INTEREST INSURANCE:** You must purchase single-interest insurance. The coverage may be obtained from a company of your choice, reasonably acceptable to us. If you buy the coverage from or through us, you will pay $ ______ for ______ of coverage. This insurance is solely for the interest of the Seller, its successors and assigns, and no protection exists for your benefit.

Signed: ______

**ASSIGNMENT:** This Contract and Security Agreement is assigned to ______ , the Assignee, phone 800-843-2327 . This assignment is made ☐ under the terms of a separate agreement. ☐ under the terms of the ASSIGNMENT BY SELLER on page 2. ☐ This assignment is made with recourse.

Seller: By ______ Date ______

ITEMIZATION OF AMOUNT FINANCED

Vehicle Price (incl. sales tax of $ ______) $ ______
Service Contract, Paid to: ______ $ ______
Pre-delivery service fee $ ______
**Cash Price** $ ______
Manufacturer's Rebate $ ______
Cash Down Payment $ ______
Deferred Down Payment $ ______
a. Total Cash/Rebate Down $ ______
b. Trade-In Allowance $ ______
c. Less: Amount owing $ ______
Paid to: ______
d. Net Trade-In (b. minus c.) $ ______
e. Net Cash/Trade-In (a. plus d.) $ ______
Down Payment (e.; disclose as $0 if negative) $ ______
**Unpaid Balance of Cash Price** $ ______
Paid to Public Officials - Filing Fees $ ______
Insurance Premiums* $ ______
(See adjacent coverage and benefit types.)
Amount to Finance line e. (if e. is negative) $ ______
Loan Processing Fee Paid to Seller $ ______
To: ______ $ ______
To: ______ $ ______
**Total Other Charges/Amounts Pd. to Others** $ ______
**Less: Prepaid Finance Charges** $ ______
**Amount Financed** $ ______

*We may retain or receive a portion of this amount.

☐ **SERVICE CONTRACT:** With your purchase of the Vehicle, you agree to purchase a Service Contract to cover ______

This Service Contract will be in effect for ______

## NOTICE TO BUYER

**A. Do not sign this contract before you read it or if it contains any blank spaces. B. You are entitled to an exact copy of the contract you sign. Keep it to protect your legal rights.**

**BY SIGNING BELOW BUYER AGREES TO THE TERMS ON PAGES 1 AND 2 OF THIS CONTRACT AND ACKNOWLEDGES RECEIPT OF A COPY OF THIS CONTRACT.**

Buyer:

______ Signature Date

______ Signature Date

Seller: By ______

Experan® © 1995, 1998 Bankers Systems, Inc., St. Cloud, MN Form RS-SI-MV-FL 10/7/2002

## ADDITIONAL TERMS OF THIS CONTRACT AND SECURITY AGREEMENT

**GENERAL TERMS:** You have been given the opportunity to purchase the Vehicle and described services for the Cash Price or the Total Sale Price. The Total Sale Price is the total price of the Vehicle and any services if you buy them over time. You agreed to purchase the items over time. The Total Sale Price shown in the TRUTH IN LENDING DISCLOSURES assumes that all payments will be made as scheduled. The actual amount you will pay may be more or less depending on your payment record.

We may offer to defer the scheduled due date of all or any part of any installment payment, and will collect a $15.00 fee for such deferment. You may need to extend any insurance coverage or reimburse us for any costs incurred in extending such coverage. In addition to the $15.00 deferment fee and the costs of extending required or optional insurance, you will also be required to pay additional finance charges as a result of exercising the deferment option.

If you reject or revoke acceptance of the motor vehicle and assert a security interest in the motor vehicle, you must either (1) post a bond in the amount of the disputed balance, or (2) deposit all accrued and thereafter accruing installment payments into the appropriate court.

We do not intend to charge or collect, and you do not agree to pay, any finance charge or fee, that is more than the maximum amount permitted for this sale by state or federal law. If you pay a finance charge or fee that is contrary to this provision, we will, instead, apply it first to reduce the principal balance, and when the principal has been paid in full, refund it to you.

You understand and agree that some payments to third parties as a part of this Contract may involve money retained by us or paid back to us as commissions or other remuneration.

This Contract is governed by the laws of Florida and the United States of America. If any section or provision of this Contract is not enforceable, the other terms will remain part of this Contract.

**NAME AND LOCATION:** Your name and address indicated on page 1 are your exact legal name and your principal residence. You will provide us with at least 30 days' notice prior to changing your name or principal residence.

**PREPAYMENT:** You may prepay this Contract in full or in part at any time. Any partial prepayment will not excuse any later scheduled payments until you pay in full. We may impose an acquisition charge of $75.00 for services performed in processing this Contract if it is paid in full within 6 months after the Contract's effective date.

A refund of any prepaid, unearned insurance premiums may be obtained from us or from the insurance company named in your policy or certificate of insurance.

**OWNERSHIP AND DUTIES TOWARD PROPERTY:** By giving us a security interest in the Property, you represent and agree to the following:

A. Our security interest will not extend to consumer goods unless you acquire rights to them within 10 days after we enter into this Contract, or they are installed in or affixed to the Vehicle.
B. You will defend our interests in the Property against claims made by anyone else. You will do whatever is necessary to keep our claim to the Property ahead of the claim of anyone else.
C. The security interest you are giving us in the Property comes ahead of the claim of any other of your general or secured creditors. You agree to sign any additional documents or provide us with any additional information we may require to keep our claim to the Property ahead of the claim of anyone else. You will not do anything to change our interest in the Property.
D. You will keep the Property in your possession in good condition and repair. You will use the Property for its intended and lawful purposes. Unless otherwise agreed in writing, the Property will be located at your address listed on page 1 of this Contract.
E. You will not attempt to sell the Property (unless it is properly identified inventory) or otherwise transfer any rights in the Property to anyone else, without our prior written consent.
F. You will pay all taxes and assessments on the Property as they become due.
G. You will notify us of any loss or damage to the Property. You will provide us reasonable access to the Property for the purpose of inspection. Our entry and inspection must be accomplished lawfully, and without breaching the peace.

**DEFAULT:** You will be in default on this Contract if any one of the following occurs (except as prohibited by law):

A. You fail to perform any obligation that you have undertaken in this Contract.
B. We, in good faith, believe that you cannot, or will not, pay or perform the obligations you have agreed to in this Contract.

If you default, you agree to pay our costs for collecting amounts owing, including court costs, reasonable attorneys' fees (if we refer this Contract to an attorney that is not a salaried employee of ours for collection) and fees for repossession, repair, storage and sale of the Property securing this Contract.

If an event of default occurs as to any one of you, we may ... the Property and apply what we receive as provided by law to our reasonable expenses and then toward your obligations.

E. Except when prohibited by law, we may sue you for additional amounts if the proceeds of a sale do not pay all of the amounts you owe us.

By choosing any one or more of these remedies, we do not waive our right to later use another remedy. By deciding not to use any remedy, we do not give up our right to consider the event a default if it happens again.

You agree that if any notice is required to be given to you of an intended sale or transfer of the Property, notice is reasonable if mailed to your last known address, as reflected in our records, at least 10 days before the date of the intended sale or transfer (or such other period of time as is required by law).

You agree that, subject to your right to recover such property, we may take possession of personal property left in or on the Property securing this Contract and taken into possession as provided above. Notice pursuant to Fla. Stat. ch. 493.6404 shall be sent to debtor by licensed repossession service. You will have 45 days from the date the notice of intent to dispose of said personal property is sent to claim said property. You will have to pay any reasonably incurred expenses for inventory and storage.

**INSURANCE:** You agree to buy property insurance on the Property protecting against loss and physical damage and subject to a maximum deductible amount indicated in the PROPERTY INSURANCE section, or as we will otherwise require. You will name us as loss payee on any such policy. In the event of loss or damage to the Property, we may require additional security or assurances of payment before we allow insurance proceeds to be used to repair or replace the Property. You agree that if the insurance proceeds do not cover the amounts you still owe us, you will pay the difference. You may purchase or provide the insurance from any insurance provider that is reasonably acceptable to us. Your choice of an insurance provider will not affect the credit decision. We may impose reasonable requirements concerning the extent of coverage and the financial soundness of the insurance provider. You will keep the insurance in full force and effect until this Contract is paid in full.

If you fail to obtain or maintain this insurance, or name us as a loss payee, we may obtain insurance to protect our interest in the Property. This insurance may include coverages not required of you. This insurance may be written by a company other than one you would choose. It may be written at a rate higher than a rate you could obtain if you purchased the property insurance required by this Contract. We will add the premium for this insurance to the amount you owe us. Any amount we pay will be due immediately. This amount will earn finance charges from the date paid at the rate described in the PROMISE TO PAY AND PAYMENT TERMS section until paid in full.

**OBLIGATIONS INDEPENDENT:** Each person who signs this Contract agrees to pay this Contract according to its terms. This means the following:

A. You must pay this Contract even if someone else has also signed it.
B. We may release any co-buyer or guarantor and you will still be obligated to pay this Contract.
C. We may release any security and you will still be obligated to pay this Contract.
D. If we give up any of our rights, it will not affect your duty to pay this Contract.
E. If we extend new credit or renew this Contract, it will not affect your duty to pay this Contract.

**WARRANTY:** Warranty information is provided to you separately.

**WAIVER:** To the extent permitted by law, you agree to give up your rights to require us to do certain things. We are not required to: (1) demand payment of amounts due; (2) give notice that amounts due have not been paid, or have not been paid in the appropriate amount, time or manner; or, (3) give notice that we intend to make, or are making, this Contract immediately due.

### THIRD PARTY AGREEMENT

By signing below you agree to give us a security interest in the Property described in the SALE section. You also agree to the terms of this Contract, including the WAIVER section above, except that you will not be liable for the payments it requires. Your interest in the Property may be used to satisfy the Buyer's obligation. You agree that we may renew, extend, change this Contract, or release any party or property without releasing you from this Contract. We may take these steps without notice or demand upon you.

**You acknowledge receipt of a completed copy of this Contract.**

[illegible]

D. You will [illegible] purposes. Unless otherwise agreed in writing, the Property will be located at your address listed on page 1 of this Contract.

E. You will not attempt to sell the Property (unless it is properly identified inventory) or otherwise transfer any rights in the Property to anyone else, without our prior written consent.

F. You will pay all taxes and assessments on the Property as they become due.

G. You will notify us of any loss or damage to the Property. [illegible]

**DEFAULT:** [illegible]

A. [illegible] this Contract.

B. [illegible]

If you default, you agree to pay [illegible] owing, including court costs, [illegible] this Contract to an attorney [illegible] for collection) and fees to [illegible] the Property securing this Contract.

If an event of default occurs as to any [illegible] exercise our remedies against any or all [illegible]

**REMEDIES:** If you are in default on this Contract, we have all of the remedies provided by law and this Contract:

A. We may require you to immediately pay us, subject to any refund required by law, the remaining unpaid balance of the amount financed, finance charges and all other agreed charges.

B. We may pay taxes, assessments, or other liens or make repairs to the Property if you have not done so. We are not required to do so. This amount will be due immediately. This amount will earn finance charges from the date paid at the rate described in the PROMISE TO PAY AND PAYMENT TERMS section until paid in full.

C. We may require you to make the Property available to us at a place we designate that is reasonably convenient to you and us.

D. We may immediately take possession of the Property by legal process or self-help, but in doing so we may not breach the peace or unlawfully enter onto your premises. We may then sell

[illegible]

**WARRANTY:** [illegible]

**WAIVER:** To the extent permitted by law, you agree to give up your rights to require us to do certain things. We are not required to: (1) demand payment of amounts due; (2) give notice that amounts due have not been paid, or have not been paid in the appropriate amount, time or manner; or (3) give notice that we intend to make, or are making, this Contract immediately due.

THIRD PARTY AGREEMENT

[illegible]

**NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

**IF YOU ARE BUYING A USED VEHICLE, THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.**

## ASSIGNMENT BY SELLER

Seller sells and assigns this Retail Installment Contract and Security Agreement, (Contract), to the Assignee, its successors and assigns, including all its rights, title and interest in this Contract, and any guarantee executed in connection with this Contract. Seller gives Assignee full power, either in its own name or in Seller's name, to take all legal or other actions which Seller could have taken under this Contract. (SEPARATE AGREEMENT: If this Assignment is made "under the terms of a separate agreement" as indicated on page 1, the terms of this assignment are described in a separate writing(s) and not as provided below.)

Seller warrants:

A. This Contract represents a sale by Seller to Buyer on a time price basis and not on a cash basis.
B. The statements contained in this Contract are true and correct.
C. The down payment was made by the Buyer in the manner stated on page 1 of this Contract and, except for the application of any manufacturer's rebate, no part of the down payment was loaned or paid to the Buyer by Seller or Seller's representatives.
D. This sale was completed in accordance with all applicable federal and state laws and regulations.
E. This Contract is valid and enforceable in accordance with its terms.
F. The names and signatures on this Contract are not forged, fictitious or assumed, and are true and correct.
G. This Contract is vested in the Seller free of all liens, is not subject to any claims or defenses of the Buyer, and may be sold or assigned by the Seller.
H. A completely filled-in copy of this Contract was delivered to the Buyer at the time of execution.
I. The Vehicle has been delivered to the Buyer in good condition and has been accepted by Buyer.
J. Seller has or will perfect a security interest in the Property in favor of the Assignee.

If any of these warranties is breached or untrue, Seller will, upon Assignee's demand, purchase this Contract from Assignee. The purchase shall be in cash in the amount of the unpaid balance (including finance charges) plus the costs and expenses of Assignee, including attorneys' fees.

Seller will indemnify Assignee for any loss sustained by it because of judicial set-off or as the result of a recovery made against Assignee as a result of a claim or defense Buyer has against Seller.

Seller waives notice of the acceptance of this Assignment, notice of non-payment or non-performance and notice of any other remedies available to Assignee.

Assignee may, without notice to Seller, and without affecting the liability of Seller under this Assignment, compound or release any rights against, and grant extensions of time for payment to be made to Buyer and any other person obligated under this Contract.

UNLESS OTHERWISE INDICATED ON PAGE 1, THIS ASSIGNMENT IS WITHOUT RECOURSE.

WITH RECOURSE: If this Assignment is made "with recourse" as indicated on page 1, Assignee takes this Assignment with certain rights of recourse against Seller. Seller agrees that if the Buyer defaults on any obligation of payment or performance under this Contract, Seller will, upon demand, repurchase this Contract for the amount of the unpaid balance, including finance charges, due at that time.

# EXHIBIT "B"

WHAT THE PERIOD OF COVERAGE IS

[illegible]

[illegible] ... the [illegible] reaches 15,000 [illegible] ... connected and/or business purposes [illegible] ... [illegible] your owner's guide [illegible]

LIMITATION AND DISCLAIMER OF IMPLIED WARRANTIES:

IMPLIED WARRANTIES – ANY APPLICABLE [illegible] ... AND ANY IMPLIED WARRANTY OF FITNESS FOR A PARTICULAR PURPOSE [illegible] ... THIS LIMITED WARRANTY AND ARE LIMITED IN SCOPE OF COVERAGE [illegible] ... COVERED BY THIS LIMITED WARRANTY [illegible] ... COMPONENTS AND APPLIANCES [illegible] ... [illegible] made by Warrantor [illegible] that contained in this Limited Warranty. [illegible] ... this Limited Warranty. The dealer is not the Warrantor's agent but is an independent [illegible] ... [illegible] representation or warranty made by any dealer or other person beyond those [illegible] ... Warranty. Some states do not allow limitations on how long an implied warranty [illegible]

WHAT THE WARRANTY COVERS:

[illegible] ... covered by the limited [illegible] ... means the failure of the workmanship and/or materials [illegible] ... [illegible] and tolerances.

WHAT WE WILL DO TO CORRECT PROBLEMS

[illegible] ... [illegible] shall not extend the original warranty coverage period. [illegible] ... [illegible] performance of repairs to component parts and appliances [illegible] ... [illegible] repairs, which shall not alter the express terms of this limited warranty. If the repair [illegible] ... [illegible] cure a defect after Warrantor received a reasonable opportunity to cure the defect [illegible] ... [illegible] be limited to Warrantor paying you the cost of having an independent third party perform repairs [illegible] ... may use new and/or remanufactured parts and/or components of substantially equal quality to [illegible] ... damage to interior and exterior surfaces, trim, upholstery and other appearance items may occur at [illegible] ... during delivery of the motorhome to the selling dealer or on the selling dealer's lot. [illegible] ... detected and corrected at the factory or by the selling dealer during the inspection process performed by the [illegible] ... selling dealer. If, however, you discover any such defect or damage when you take delivery, [illegible] ... [illegible] of Warrantor within ten days of the date of purchase [illegible] ... this Limited Warranty. If two unsuccessful repair attempts have been made [illegible] ... substantially impairs the value, use or safety of your motorhome, or repairs to any defect affecting [illegible] ... [illegible] use or safety of your motorhome have taken 20 or more days [illegible] ... [illegible] notify Warrantor directly in writing of the failure to successfully repair the defect(s) so that Warrantor [illegible] ... [illegible] a final repair attempt for the purpose of performing a successful repair [illegible] ... [illegible] adjustments such as adjustments to the [illegible] or exterior doors [illegible] ... will be performed by your selling dealer during the first ninety (90) days of warranty coverage. [illegible] ... [illegible] responsible for normal maintenance [illegible]

HOW TO GET SERVICE:

[illegible]

so that you can [illegible] of exceed, the [illegible] Canadian-built [illegible] plumbing, heating, [illegible] ies compliance [illegible] the maximum [illegible] manufacturers [illegible] and provides [illegible] tions carefully [illegible] sational living. [illegible] so they can [illegible] Customer [illegible] contains a [illegible] of the dealer [illegible] in case you [illegible] ly manner. [illegible] may arise

[illegible]

WHAT THIS WARRANTY DOES NOT COVER

[illegible]

DISCLAIMER OF WARRANTIES FROM OBLIGATION UNDER WARRANTY

[illegible]

EXCLUSION OF CONSEQUENTIAL AND INCIDENTAL DAMAGES

[illegible]

LEGAL REMEDIES

[illegible]

[illegible]

Warranty

[illegible] THE PERIOD OF COVERAGE

[illegible]

[illegible]

[illegible]ATION AND DISCLAIMER OF IMPLIED WARRANTIES

[illegible] WARRANTY [illegible] IMPLIED WARRANTIES [illegible] MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE [illegible] limited warranty. The dealer is not the manufacturer's agent but is an independent entity. [illegible] Some states do not allow [illegible] so the above limitation may not apply to you.

WHAT THE WARRANTY COVERS:

[illegible] Limited [illegible] covers only defects in the workmanship performed and/or materials [illegible] covered by this limited warranty. See also the section "What the Warranty Does Not [illegible]" [illegible] "Defect" means the failure of the workmanship performed and/or materials [illegible] manufacturing specifications and tolerances.

WHAT WE WILL DO TO CORRECT PROBLEMS:

[illegible] obligation [illegible] at its option [illegible] authorized servicing dealer [illegible] of the defect [illegible] days of discovering the defect [illegible] servicing dealer at your cost and expense [illegible] warranty period. The performance of warranty repairs [illegible] performance of repairs other than warranty coverage [illegible] parts and appliances that are excluded from coverage [illegible] terms of this limited warranty. If the repair or replacement [illegible]



[illegible] reasonable opportunity to cure the defect(s), your sole and exclusive remedy shall be limited [illegible] the cost of having an independent third party perform repairs to the defect(s). Warrantor [illegible] [illegible] manufactured parts and/or components of substantially equal quality to complete any repair. [illegible] [illegible] to interior and exterior surfaces, upholstery and other appearance items [illegible] during delivery of the motorhome to the selling dealer or on the selling dealer's lot. [illegible] [illegible] and corrected at the factory or by the selling dealer during the inspection [illegible] [illegible] the Warrantor and the selling dealer. If, however, you discover any such defect or damage when you [illegible] the motorhome, you must notify your dealer or Warrantor within ten days of the date of [illegible] [illegible] to the defect at no cost to you as provided by this Limited Warranty. If [illegible] [illegible] to correct any covered defect that you believe substantially impairs the value, use or safety of [illegible] repairs to any covered defect(s) which you believe substantially impairs the value, use or safety [illegible] have taken 30 or more days to complete, you must, to the extent permitted by law, notify Warrantor [illegible] [illegible] of the failure to successfully repair the defect(s) so that Warrantor can become directly involved [illegible] [illegible] attempt for the purpose of performing a successful repair to the identified defect(s).

[illegible] adjustments, such as adjustments to the interior or exterior doors, drawers, latches by way of example [illegible] [illegible] during the first thirty (30) days of warranty coverage. [illegible] [illegible] are the owner's exclusive responsibility as normal maintenance.

HOW TO GET SERVICE:

[illegible] Product Information [illegible] must be returned [illegible] [illegible] to assure proper part replacement and repair of your motorhome. Failure to return the [illegible] [illegible] Information [illegible] will not affect your rights under the Limited [illegible] [illegible] proof of purchase. For warranty service simply contact one of Warrantor's [illegible] [illegible] [illegible] your motorhome [illegible] at your expense to the service center.

[illegible] assistance in locating an authorized warranty service facility contact Warrantor's [illegible] [illegible] The mailing address is:

P.O. Box 1486

Elkhart, Indiana 46515-1486

WHAT THE WARRANTY DOES NOT COVER:

[illegible] Warranty does not cover any motorhome used for rental purposes or any motorhome [illegible] outside the United States or Canada; items which are added or changed after the motorhome leaves Warrantor [illegible] items that are working as designed but with which you are unhappy with because of the design [illegible] [illegible] damage, such as fading or discoloration of fabrics, or the effects of moisture inside the [illegible] [illegible] dents and chips on any surface or fabric of the motorhome, not caused by Warrantor, [illegible] [illegible] replacement of wiper blades, bulbs, filters, wheel alignment, and [illegible] [illegible] the Maintenance Section of Owner's Manual); the automotive chassis and power train, including [illegible] example the engine, drivetrain, steering, ride and handling, braking, wheel balance, muffler [illegible] [illegible] gauges; appliances and components covered by their own manufacturer's warranty [illegible] example the kitchen and refrigerator, ice maker, stove, oven, generator, [illegible] [illegible] water heater, [illegible] stereo, radio, compact disc player, [illegible] [illegible] [illegible] and chips or other defects or damage in or to the exterior or [illegible] [illegible] including chemical off gassing, [illegible] pollutants, salt, [illegible] [illegible] but not limited to corrosion. Component part and appliance manufacturers issue limited warranties [illegible] [illegible] of the motorhome not covered by the Limited Warranty issued by Warrantor. [illegible] [illegible] component parts and appliances are excluded from the Limited Warranty issued by Warrantor [illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

[illegible]

| | |
|---|---|
| [illegible] reserves the right to make changes [illegible] without incurring any obligations to make the same or similar changes [illegible] previously built and/or sold by Thor Motor Coach. | PRODUCT [illegible] CHANGES |
| [illegible] Thor Motor Coach, you want to make sure that your unit will [illegible] To ensure this Thor Motor Coach has provided you [illegible] is the [illegible] of the Thor Motor Coach owner. Please make sure that [illegible] are followed and adhere to [illegible] Limited Warranty. | OWNER RESPONSIBILITY CHECKLIST |
| [illegible] to the Maintenance Schedule to determine [illegible] | |
| [illegible] both house batteries and chassis battery [illegible] Check to make sure that the batteries have the proper [illegible] levels in them and fill if necessary. Check the charge [illegible] connections clean and coated with a light coat of grease. | Batteries |
| **There is a certain danger involved when working with batteries. If you are unfamiliar with these dangers, contact a Thor Motor Coach dealer.** CAUTION | |
| [illegible] the owner's responsibility [illegible] propane detector [illegible] that you change the batteries [illegible] | Battery Replacement |
| [illegible] responsible for checking [illegible] as possible. [illegible] the small size and light [illegible] the same levels in the inside [illegible] | [illegible] |
| [illegible] reduced by always keeping [illegible] open when cooking, and for a period of time [illegible] to allow for dissipation of all the moisture [illegible] cooking. Don't hang wet clothes in your unit to dry [illegible] condensation can cause considerable damage to your vehicle. | |
| Most exterior parts of your motorhome are made of fiberglass [illegible] material, but not indestructible. Exposure to the elements can cause premature deterioration without routine maintenance, especially in hotter climates. The effects may be fading, yellowing, or chalking. However these are surface cosmetic changes which do not affect the strength of your unit. Simple maintenance [illegible] cleaning [illegible] waxing will ensure lasting beauty. | Exterior [illegible] |
| The same fading may occur to carpeting and upholstery. Be sure to [illegible] down in extremely sunny locations and maintain proper cleaning techniques for the carpet and upholstery. | |
| The front suspension and steering system of the [illegible] factory [illegible] equipment prior to delivery [illegible] alignment is checked after you have fully loaded [illegible] If necessary [illegible] should be inspected [illegible] | Alignment |
| Sanitize the fresh water system at least once per year [illegible] unused for prolonged periods of time. This will help keep your water system [illegible] discourage the growth of bacteria that can contaminate the water supply. Make sure that the tanks are properly treated with the right chemicals for disinfection. | Potable [illegible] |

[illegible]

**oper Load Balance.** Your motorhome is built to withstand a certain maximum load. Check the amount [illegible] on the Federal Certification Label in the driver's area of your motorhome to determine [illegible] safe load limits. NEVER OVERLOAD THE MOTORHOME. Reference pages 21 [illegible] and 24 for proper loading and weight distribution.

**Sealants** Weatherproofing sealants are used around the doors, windows, vents, and [illegible] during construction of your motorhome. These sealants are subject to deterioration from exposure and must be checked periodically to assure the weatherproof integrity of your unit. If evidence of cracking or voids in the sealants is apparent, [illegible] reseal these areas. Proper sealant coverage should be checked and [illegible] at least once every six months. Please see Chapter 10 - "Care and Maintenance" for instructions on properly sealing the roof area. Failure or neglect of proper sealant maintenance could result in leakage and may reduce or void your warranty protection.

**Service Calls** It is important that the owner realize that Thor Motor Coach's Limited Warranty covers warrantable repairs that are performed by an authorized Thor Motor Coach dealer at their service center or facility only. If you are unable to bring your unit in for repairs, Thor Motor Coach is not responsible for the cost of the actual service call charges to come out to your unit.

**ideout Lubrication** If your slide out system becomes squeaky or makes any noises while operating, it is permissible to apply a coat of lightweight oil to the drive shaft and roller areas located below the main floor. Remove any excess oil so dirt and debris cannot build up.

**Step Lubrication** To maintain the integrity of the retractable step in your motorhome, you must periodically inspect it for rust or damage, also see that it is lubricated to function safely and to ensure proper working order.

**Tire Pressure** The owner is responsible for maintaining proper tire pressure in the vehicle's tires. Check the tire specifications on the Federal Certification Label located in the drivers area for the proper pressure. You will ensure optimum driving standards by keeping your vehicle maintained.

**Travel Bars** Never forget to remove your travel bars from your slide-out prior to opening. Failure to do so could result in severe damage to yourself and/or your motorhome, which will not be covered under the Limited Warranty.

**Windshields** Like most cars, your motorhome's windshield is not covered under the Limited Warranty. Items such as cracks, stone chips and holes are regarded as normal wear and tear and will not be considered as a manufacturing defect.

**Winterization** Please make sure that your vehicle is properly winterized before long periods of storage. To find a complete listing of the winterization procedures, refer to this manual's section called "Winterization Procedures". Failure to properly winterize your vehicle may result in damage to your motorhome which would not be covered under the Limited Warranty.



## SUPPLIERS PROVIDING SEPARATE WARRANTIES

The following list of components has been [illegible] their own warranties. If you have any of these components [illegible] supplied by the manufacturer [illegible] the warranty. We recommend that [illegible] registration expire. [illegible] owner's manual on newly delivered units. [illegible] in this packet. You should go over [illegible] [illegible] should be [illegible]

Appliances
- Air Conditioner [illegible]
- Awnings
- Back up Monitor
- Central Vacuum
- DVD Player
- Fireplace
- Furnace
- Home Theater System
- Ice Maker
- Microwave
- Radios
- Range and Cooktop

Refrigerator
Roof Vents

Water & Drainage
- [illegible]
- [illegible]
- Water Heater
- Water [illegible]
- Water [illegible]
- Water Pump

Chassis
- [illegible]
- Batteries
- Cruise Control

[illegible]

Propane
- Propane [illegible]
- Regulator

Electrical
- Battery
- Converter
- Electrical [illegible]
- Generator
- [illegible]
- Inverter
- [illegible]

[illegible]

Caterpillar (reading uncertain)
www.cat.com

Cummins (reading uncertain)

Good Year (reading uncertain)

[illegible]

# COMPOSITE

# EXHIBIT "C"

MAKE CHECK PAYABLE TO
OBX Mobile RV Service
811 Cedar
PO Box 2012
Kill Devil Hills NC 27948

Job Invoice

[illegible]

DATE ORDERED [illegible] | ORDER TAKEN BY [illegible]

DATE TO [illegible] | CUSTOMER ORDER [illegible]

JOB LOCATION [illegible]

JOB PHONE [illegible] | START DATE [illegible]

TERMS [illegible]

| MATERIAL | UNIT | AMOUNT |
| --- | --- | --- |
| [illegible] | [illegible] | [illegible] |

DESCRIPTION OF WORK

[illegible]

MISCELLANEOUS CHARGES

[illegible]

TOTAL MISCELLANEOUS [illegible]

TOTAL MATERIALS [illegible]

TOTAL [illegible]

WORK ORDERED [illegible]

DATE ORDERED [illegible]

DATE COMPLETED [illegible]

CUSTOMER APPROVAL SIGNATURE [illegible]

AUTHORIZED SIGNATURE [illegible]


MOBILE SERVICES
518 B Short Rd.
Nazareth, PA 18064

# Sales Receipt

| DATE | SALE NO. |
|---|---|
| 12/24/2013 | 52303 |

| SOLD TO |
|---|
| Anastasia, Jim& Anne |

| CHECK NO. | PAYMENT METH... |
|---|---|
| 344 | Check |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Service call/Min. s... | Min. charge for onsite service :Includes 30min. diagnostic time and any return trips for same issue | | 95.00 | 95.00T |
| addlabor | Additional labor not included in service call: | 0.25 | 100.00 | 25.00T |
| parts | shower faucet | 1 | 21.00 | 21.00T |
| Tip | customer intentionaly overpaid for exceptional service | | 0.54 | 0.54 |

| | |
|---|---|
| Sales Tax (6.0%) | $8.46 |
| Total | $150.00 |

RV'S AND MARINE

1335 Wilmington Pike
West Chester, PA 19382

19382

John McWilliams
Assistant Service Manager
mcwilliams@atsrec.com
www.atsrec.com
800-860-1406 (x223)
Direct Dial 484-307-5123
FAX 484-307-5063

Full Line RV and Boat Dealership / Sales, Service, Parts and Rentals

Invoice Number: 141743
Tag Number: 8967
Date and Time In: 9/23/2014 - 4:54 PM
Date and Time Out: 9/19/2014 - 4:30 PM
Promised Date - Time: 9/19/2014 - 4:30 PM
Cashed Out Date:
Date Appointment Initiated: 9/19/2014
Service Advisor: (742) John McWilliams

JIM & ANNE ANASTASIA 279092

Veh Info: 14 THOR HURRICANE
Serial Numbers: 1F66F5DYXD0A06127
In-Srv: 7/21/2014 Miles/Hrs In: 8263 Out: Plate #:
Color Ex: Int:

Comments

GARY MARVEL THOR CUST SERVICE/WARRANTY HAS BEEN COORDINATING THESE REPAIRS. TEL#877-500-1020 gmarvel@tmcrv.com

| Repair | Hrs | VIN | Requested Repair Description | Mech # | Type | Labor | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| 1 | 1.00 | D0A06127 | CUST STATES: SLIDE OUT CONTROL BOX INDICATES THAT THERE IS A SHORT CIRCUIT IN THE NUMBER 2 MOTOR<br>CAUSE: RAN ROOM IN & OUT =NO CODES SHOWING; FRONT TRACK NOT FLAT AGAINST WAL & FLOOR. METAL SHAVINGS AT FRONT & REAR INSIDE AT TRACKS; 1 FRONT UPPER TRACK HAS MOVED & SCREWS ARE MISSING | 129 | Warranty | INC | INC | INC |
| 2 | 0.00 | D0A06127 | CUST STATES: FLOORING DAMAGED BY FAULTY SLIDE OUT (WHEN EXTENDED) FLOORING BY THE RANGE | | Warranty | INC | INC | INC |
| 3 | 0.00 | D0A06127 | CUST STATES: WOOD PANELING DAMAGED WHEN SLIDE WAS REPAIRED AT ANOTHER DEALERSHIP | | Warranty | INC | INC | INC |
| 4 | 0.00 | D0A06127 | CUST STATES: LEAK FROM SLIDE WHILE DRIVING IN RAIN | | Warranty | INC | INC | INC |
| 5 | 0.00 | D0A06127 | CUST STATES: CURTAINS NEED TO BE REPLACED (RECEIVED BY MIKE RINK)- IN MOTORHOME | | Warranty | INC | INC | INC |
| 6 | 0.00 | D0A06127 | CUST STATESPOWER DRAIN ON HOUSE BATTERIES DETERMINED BY ANOTHER DEALER TO BE BETWEEN .5 AND 2.5 AMPS. THEY COULD NOT FIND THE SOURCE | | Warranty | INC | INC | INC |

| Repair | Part # | Description | Qty | Retail Price | Savings | Selling Price | Extended Discount | Extended Price |
|---|---|---|---|---|---|---|---|---|

I HAVE INSPECTED MY VEHICLE AND REPAIRS PERFORMED ARE SATISFACTORY.

X ______________________ ______________
CUSTOMER SIGNATURE DATE

| | |
|---|---|
| Parts Total: | $0.00 |
| Core Total: | $0.00 |
| Freight Total: | $0.00 |
| Sublet Total: | $0.00 |
| Labor Total: | $0.00 |
| - Labor Discount: | $0.00 |
| Other Charges: | $0.00 |
| Shop Supplies: | $0.00 |
| Sub Total: | $0.00 |
| - Parts Discount: | $0.00 |

| | |
|---|---|
| Ext Price: | $0.00 |
| Sales Tax: | $0.00 |
| Total: | $0.00 |
| - Deductible: | $0.00 |
| - Deposits: | $0.00 |
| Amount Due: | $0.00 |
| Amt Tendered: | $0.00 |
| Chg Returned: | $0.00 |

# EXHIBIT "D"



CAP RV
CONSUMER ARBITRATION PROGRAM
Administered by DeMars & Associates, Ltd.

P.O. Box 1424 • Waukesha, WI 53187
Phone: 800.279.5343 • info@demarsassociates.com

December 12, 2014

Case Number: 90141016
Date Received: October 31, 2014
VIN: 1F66F5DYXD0A06127

James and Anne Anastasia
c/o The Law Office of Patrick J. Cremeens, P.L.
4707 West Gandy Boulevard, Suite 8
Tampa, FL 33611

Thor Motor Coach
Attn: Scott Powell
Powell and Mohre, LLP
399 Carolina Ave., Suite 100
Winter Park, FL 32789

Dear Mr. & Mrs. Anastasia:

CAP-RV has been notified that the mediation hearing held on December 11, 2014 resulted in an impasse.

When a mediation concludes in an impasse, CAP-RV conducts an eligibility determination to ensure that the claims left unresolved are claims that fall under Florida Lemon Law (see § 681.1097(4)(g)).

The following issues were listed on the CAP-RV application:

- Slide out motors and tracks
  Faulty tracks and motors which have been repaired or replaced numerous times.
- Slide out section leak
  Water leak from slide out evidenced by the intrusion of water when it rains. Floor, curtains and wood paneling have been damaged.
- Electrical system
  Total Value found a battery drain on house batteries between .5 and 2.5 amps but could not find the source in the electrical system as they do not have the resources to address the issue.

These issues are related to living quarters. As such, your situation falls outside the bounds of the CAP-RV arbitration program as it is not covered under Florida Lemon Law (see § 681.102(14)). According to the Notice of Impasse, the parties did not agree to expand the scope of arbitration to include issues not covered by Florida Statues Chapter 681. Therefore, the case is not eligible to continue on to arbitration.

You may wish to seek an attorney for other legal rights. You may file a lawsuit to enforce the remedies provided under Florida Statutes Chapter 681 (Florida Lemon Law). In any civil action arising under Florida Lemon Law and relating to this matter considered by CAP-RV, the determination made to reject your dispute is admissible in evidence.

The closure of your case does not preclude you from opening future cases with CAP-RV Florida, as the Program is available to you up to 24 months after the purchase of your RV. If you should have any additional questions, please contact the CAP-RV Administration at 800-279-5343 or write to the address listed above.

While the mediation did not result in a mutually agreeable resolution, we want to thank you for your efforts.

Sincerely,

Anne Foye
CAP-RV Administration

Enclosure: Signed Notice of Impasse

# EXHIBIT "E"

## Motor Vehicle Defect Notification

(Please print clearly in ink. If you do not wish to receive letters or other written solicitations from private attorneys, check below)

☒ I DO NOT WISH TO RECEIVE WRITTEN SOLICITATION MATERIALS FROM AN ATTORNEY

Pursuant to the Florida Lemon Law, notice is given to the manufacturer as follows:

☒ The vehicle has been out of service at least 15 days to repair one or more substantial defects.

☐ 3 or more repair attempts have been made to repair the same substantial defect or condition.

Description of continuing defect(s) or condition(s) Slide out Motor (slide out control box indicating that there is a short circuit in number 2 motor). Floor damage as a result of faulty slide out. Wood paneling damage. Damaged curtains. Power is consistently drained from the battery. Water leak from slide out evidenced by the intrusion of water when it rains

(NOTE: this is not a complete list; the manufacturer should ascertain all repair information.)

I am requesting that you make a final attempt to correct the continuing substantial defect(s) or condition(s).

Vehicle Make Thor Hurricane Model 34J Year 2014

VIN 1/F /6 / 6 /F / 5 /D/Y/X/D/ 0 /A /0 /6 / 1 / 2 /7 / Date of Delivery July 21, 2013

Name and City/State of selling dealer or leasing company (if applicable) Dream RV Bradenton, Florida

Name and City/State of authorized service agent(s) attempting previous repairs: Dream RV, Bradenton, FL. OBX Mobile RV Service, Kill Devil Hills, NC. Parkview RV, Smyrna DE. Luke's Mobile Services, Nazareth, PA. Irvine's Camper Sales, Little Hocking, OH. Total Value RV, Elkhart IN.

Consumer James Anastasia and Anne Anastasia

Address c/o Atty. Brannon Gary Fla. Bar No. 109463
The Law Office of Patrick J. Cremeens, P.L.
4707 W. Gandy Blvd, Suite 8
Tampa, Florida 33611

Home phone( )

Work phone ( 813 ) 839-2000

Signature [signature]

Date Mailed 07/29/2014 ( )

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thor Motor Coach, Inc.
701 County Road 15
Elkhart, IN 46516

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) Michelle Ward

C. Date of Delivery 8-4-14

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail® ☐ Priority Mail Express™
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 7011 0110 0002 1893 4808

PS Form 3811, July 2013 Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box •

THE LAW OFFICE OF
PATRICK J. CREMEENS, P.A.
4707 W. Gandy Blvd. #8
Tampa, FL 33611

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Thor Motor Coach, Inc.
701 County Road 15
Elkhart, IN 46516

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature X [signature] ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) Michelle Ward

C. Date of Delivery 8-4-14

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail® ☐ Priority Mail Express™
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ Collect on Delivery

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 7011 0110 0002 1893 4808

PS Form 3811, July 2013 Domestic Return Receipt